AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M; E.O.A.R.; and all those similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex, <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-00829 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment to Summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michelle (Minju) Y. Cho
Sean Riordan
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS**

U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

The GEO Group, Inc.
c/o General Counsel
4955 Technology Way
Boca Raton, Florida 33431

Tae Johnson
Acting Director of U.S. Immigration and Customs Enforcement
c/o U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Moises Becerra
Director of the San Francisco Field Office
U.S. Immigration and Customs Enforcement
630 Sansome Street
Room 590
San Francisco, CA 94111

Norbal Vasquez
Facility Administrator
Mesa Verde ICE Processing Center
425 Golden State Avenue
Bakersfield, CA 93301

Minga Wofford
Facility Administrator
Golden State Annex
611 Frontage Road
McFarland, CA 93250