| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939) | ASEEM MEHTA (SBN 338020) |
| mcho@aclunc.org | aseemm@advancingjustice-alc.org |
| SEAN RIORDAN (SBN 255752) | JINGNI (JENNY) ZHAO (SBN 284684) |
| sriordan@aclunc.org | jennyz@advancingjustice-alc.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS |
| 39 Drumm Street | 55 Columbus Avenue |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: (415) 621-2493 | Telephone: (415) 896-1701 |
| Facsimile: (415) 255-8437 | Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex, <br><br> Defendants. | Case No. 3:23-cv-00829 <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS** |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
LEE ANN FELDER-HEIM (SBN 341429)
lafelderheim@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
MAYRA B. JOACHÍN (SBN 306065)
mjoachin@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0220

ROXANA MOUSSAVIAN (SBN 329897)
roxana@pangealegal.org
ETAN NEWMAN (SBN 308728)
etan@pangealegal.org
PANGEA LEGAL SERVICES
391 Sutter Street, Suite 500
San Francisco, CA 94108
Telephone: (415) 579-4662
Facsimile: (415) 593-5335

HONG-AN N. TRAN (SBN 267685)
atran@jenner.com
MEI H. LIU (SBN 318112)
mei.liu@jenner.com
MAURA E. SMYLES (DC BN 90006775)*
msmyles@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

*Attorneys for Plaintiffs*
*Motion for Admission *Pro Hac Vice* Forthcoming

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 23, 2023

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

/s/ *Michelle (Minju) Y. Cho*
Michelle (Minju) Y. Cho

*Attorneys for Plaintiffs*