AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M; E.O.A.R.; and all those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-00829 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attachment to Summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michelle (Minju) Y. Cho
Sean Riordan
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 24, 2023

CLERK OF COURT
*Mark B. Busby*



*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS

U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

The GEO Group, Inc.
c/o General Counsel
4955 Technology Way
Boca Raton, Florida 33431

Tae Johnson
Acting Director of U.S. Immigration and Customs Enforcement
c/o U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Moises Becerra
Director of the San Francisco Field Office
U.S. Immigration and Customs Enforcement
630 Sansome Street
Room 590
San Francisco, CA 94111

Norbal Vasquez
Facility Administrator
Mesa Verde ICE Processing Center
425 Golden State Avenue
Bakersfield, CA 93301

Minga Wofford
Facility Administrator
Golden State Annex
611 Frontage Road
McFarland, CA 93250

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00829-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The GEO Group, Inc.
was received by me on *(date)* 02/24/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On February 27, 2023, I served the documents listed in Attachment A upon The GEO Group, Inc. by causing true and correct copies to be delivered via U.S. Postal Service certified mail return receipt requested in sealed envelopes with all fees prepaid to The GEO Group, Inc., c/o General Counsel, 4955 Technology Way, Boca Raton, Florida 33431

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/28/2023

*Server's signature*

Kristen Perez, Legal-Policy Assistant
*Printed name and title*

American Civil Liberties Union of Northern California
39 Dumm Street, San Francisco, CA 94111

*Server's address*

Additional information regarding attempted service, etc:

Attachment A

1. Summons issued by Clerk
2. Complaint for Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Certification of Conflicts and Interested Parties or Persons
5. Proposed Summons
6. Case Assigned to Magistrate Judge
7. Application for Admission of Attorney Pro Hac Vice
8. Order Granting Application for Admission of Attorney Pro Hac Vice
9. Order Setting Initial Case Management Conference and ADR Deadlines
10. Standing Order of Magistrate Judge Laurel Beeler
11. Standing Order for All Judges of the Northern District of California
12. Consent or Declination to Magistrate Judge Jurisdiction
13. Case Management Statement Form for the Northern District of California
14. Administrative Motion to Proceed Under Initials