UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON MENDEZ, et al., | Case No.  23-cv-00829-TLT |
| Plaintiffs, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER INITIALS** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | Re: ECF No. 9 |
| Defendants. | |

On February 27, 2023, Plaintiffs R.H.M. and E.O.A.R. ("Plaintiffs") filed an administrative motion to proceed under initials.  ECF No. 9.  No responses or oppositions to the motion were filed by the March 3, 2023, deadline.

After careful consideration of Plaintiff's administration motion, and for good cause appearing, the Court hereby **GRANTS** Plaintiffs' administration motion.

In all future filings, Plaintiffs' names shall be redacted and replaced with their initials and any identifying information, including Plaintiffs' birth dates and names of family members, shall also be redacted.

This Order terminates docket number 9.

**IT IS SO ORDERED.**

Dated: March 8, 2023

TRINA L. THOMPSON
United States District Judge