BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Deputy Director
SARAH B. FABIAN
Senior Litigation Counsel
ANNA L. DICHTER
JAMES C. GRAULICH
MICHELLE M. RAMUS
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                    Defendants. | No. 3:23-cv-00829<br><br>**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**<br><br>Hearing Date: March 14, 2023<br>Time: 9:30 AM PT<br>Place: Courtroom 09 (19th Floor)<br>Judge: Hon. Trina L Thompson, District Court Judge |

**MOTION TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAITNIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**

**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR
FOR MARCH 14, 2023 HEARING ON PLAINTIFFS'
MOTION FOR A TEMPORARY RESTRAINING ORDER
VIA VIDEO OR TELECONFERENCING**
No. 3:23-cv-00829

  Defendants U.S. Immigration and Customs Enforcement ("ICE"); Tae D. Johnson, in his official capacity as Acting Director of ICE; and Moises Becerra, in his official capacity as Director of the San Francisco Field Office of ICE (collectively, "Defendants") respectfully request that Defendants' counsel of record be permitted to appear by video or teleconferencing for the March 14, 2023 hearing on Plaintiffs' motion for a temporary restraining order.

  Defendants' undersigned counsel will be speaking on behalf of Defendants at tomorrow's hearing. She makes this request because Defendants' counsel of record each reside several hours away by plane from San Francisco, CA, and traveling to San Francisco, CA, in time to attend the 9:30 AM PT hearing on March 14, 2023, which the Court set on March 13, 2023, is difficult and burdensome.

  On March 13, 2023, undersigned counsel emailed Plaintiffs' counsel to ask for their position on this motion, and Plaintiffs' counsel responded via email that Plaintiffs do not oppose this motion.

  WHEREFORE, Defendants respectfully requests that the Court permit Defendants' counsel of record to appear by video or teleconferencing for the March 14, 2023 hearing on Plaintiffs' motion for a temporary restraining order.

* * *

**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**
No. 3:23-cv-00829

| | |
|---|---|
| Dated: March 13, 2023 | Respectfully submitted, |
| | BRIAN BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | GLENN M. GIRDHARRY<br>Deputy Director |
| | SARAH B. FABIAN<br>Senior Litigation Counsel |
| | ANNA L. DICHTER<br>JAMES C. GRAULICH<br>Trial Attorneys |
| | /s/ *Michelle M. Ramus*<br>MICHELLE M. RAMUS<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel:   (202) 532-4525<br>Fax:   (202) 305-7000<br>Email:  Michelle.M.Ramus@usdoj.gov |
| | *Counsel for Defendants* |

**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**
No. 3:23-cv-00829

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON MENDEZ, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        Defendants. | No. 3:23-cv-00829<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: March 14, 2023<br>Time: 9:30 AM PT<br>Place: Courtroom 09 (19th Floor)<br>Judge: Hon. Trina L Thompson, District Court Judge |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Appear for the March 14, 2023 Hearing on Plaintiffs' Motion for a Temporary Restraining Order Via Video or Teleconferencing, it is HEREBY ordered that Defendants' motion is GRANTED.

Date: _____                                  _____
                                                                                Hon. Trina L Thompson
                                                                                United States District Court Judge

**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**
No. 3:23-cv-00829