UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON MENDEZ, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　Defendants. | No. 3:23-cv-00829<br><br>[~~PROPOSED~~] ORDER<br><br>Hearing Date: March 14, 2023<br>Time: 9:30 AM PT<br>Place: Courtroom 09 (19th Floor)<br>Judge: Hon. Trina L Thompson, District Court Judge |

[~~PROPOSED~~] ORDER **AS MODIFIED**

Upon consideration of Defendants' Motion to Appear for the March 14, 2023 Hearing on Plaintiffs' Motion for a Temporary Restraining Order Via Video or Teleconferencing, it is HEREBY ordered that Defendants' motion is GRANTED. Considering the 24-hour notice to Defendants' counsel regarding the hearing on Plaintiffs' Motion for a Temporary Restraining Order, Defendants may file an informal letter brief (or a formal opposition) detailing their positions by March 13, 2023.

Date: March 13, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Trina L Thompson
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**DEFENDANTS' MOTION FOR COUNSEL TO APPEAR FOR MARCH 14, 2023 HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER VIA VIDEO OR TELECONFERENCING**
No. 3:23-cv-00829