| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939)<br>mcho@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437 | ASEEM MEHTA (SBN 338020)<br>aseemm@advancingjustice-alc.org<br>JINGNI (JENNY) ZHAO (SBN 284684)<br>jennyz@advancingjustice-alc.org<br>ASIAN AMERICANS ADVANCING<br>JUSTICE – ASIAN LAW CAUCUS<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE RUBEN HERNANDEZ GOMEZ; RAYMUNDO NOE DOMINGUEZ VIDAL; ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-00829-TLT<br><br>**PROOF OF SERVICE**<br><br>**Judge Trina L. Thompson** |

1  BREE BERNWANGER (SBN 331731)
   bbernwanger@lccrsf.org
2  LEE ANN FELDER-HEIM (SBN 341429)
   lafelderheim@lccrsf.org
3  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY
4  AREA
5  131 Steuart Street, Suite 400
   San Francisco, CA 94105
6  Telephone: (415) 543-9444
   Facsimile: (415) 543-0296
7

   ROXANA MOUSSAVIAN (SBN 329897)
   roxana@pangealegal.org
   ETAN NEWMAN (SBN 308728)
   etan@pangealegal.org
   PANGEA LEGAL SERVICES
   391 Sutter Street, Suite 500
   San Francisco, CA 94108
   Telephone: (415) 579-4662
   Facsimile: (415) 593-5335

8  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclusocal.org
9  MAYRA B. JOACHÍN (SBN 306065)
   mjoachin@aclusocal.org
10 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SOUTHERN
11 CALIFORNIA
12 1313 W. 8th Street, Suite 200
   Los Angeles, CA 90017
13 Telephone: (213) 977-9500
   Facsimile: (213) 915-0220
14

   HONG-AN N. TRAN (SBN 267685)
   atran@jenner.com
   MEI H. LIU (SBN 318112)
   mei.liu@jenner.com
   MAURA E. SMYLES (DC BN 90006775)*
   msmyles@jenner.com
   JENNER & BLOCK LLP
   455 Market Street, Suite 2100
   San Francisco, CA 94105
   Telephone: (628) 267-6800
   Facsimile: (628) 267-6859

15
16 *Attorneys for Plaintiffs*
   *Admitted *pro hac vice*

| *Attorney or Party without Attorney:*<br>MEI H. LIU (SBN 318112)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, CA 94105<br>*Telephone No:* (628) 267-6800<br><br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California - San Francisco Division | | |
| *Plaintiff:* MILTON MENDEZ, et al.<br>*Defendant:* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:*<br>3:23-cv-00829 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See attached list of documents served.

3. a. Party served: MINGA WOFFORD, Facility Administrator of Golden State Annex
   b. Person served: MINGA WOFFORD, Facility Administrator of Golden State Annex , African American , Female , Age: 45+ , Hair: Black , Eyes: Brown , Height: 5'11" , Weight: 185 , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 611 Frontage Rd, McFarland, CA 93250

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 13 2023 (2) at: 04:20 PM

6. **Person Who Served Papers:**
   a. Robert Hamilton (639, Kern County)                              d. **The Fee** for Service was:
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

03/13/2023                                                                                                   *R. Hamilton*
(Date)                                                                                                              (Signature)



PROOF OF SERVICE                                                                                                           8537511
(5256471)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE HERNANDEZ; RAYMUNDO NOE DOMINGUEZ VIDAL; ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,**

**Plaintiffs,**

**v.**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,**

**Defendants.**

1. Declaration Of Kelsey Morales In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
2. [Proposed] Temporary Restraining Order And Order To Show Cause
3. Clerk's Notice - Setting Hearing On [31] Motion For Temporary Restraining Order.
4. Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement
5. Standing Order For Civil Cases Before District Judge Trina L. Thompson
6. First Amended Complaint For Declaratory And Injunctive Relief
7. Plaintiffs' Notice Of Motion, Motion And Memorandum Of Points And Authorities For Second Ex Parte Application For Temporary Restraining Order
8. Declaration Of Cruz Leandro Martinez Leiva In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
9. Declaration Of Genna Beier In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
10. Declaration Of Kathleen Kavanagh In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
11. Declaration Of Raymundo Noe Dominguez Vidal In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
12. Declaration Of Eva Umejido In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
13. Declaration Of L. Felderheim In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
14. Declaration Of Laura Jones In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
15. Declaration Of Ilyce Shugall In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order
16. First Amended Complaint For Declaratory And Injunctive Relief Class Action

17. Declaration Of Michelle (Minju) Y. Cho In Support Of Plaintiffs' Motion For Temporary Restraining Order
18. Declaration Of R.H.M. In Support Of Plaintiffs' Second Motion For A Temporary Restraining Order