# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Mendez, *et al.*

              Plaintiffs,

  v.

U.S. Immigration and Customs Enforcement, *et al.*

              Defendants

Case No. 03:23-cv-00829-LB

**DECLARATION OF DR. JAMAL K. GWATHNEY**

I, Jamal K. Gwathney, make the following statements under oath and subject to the penalty of perjury pursuant to the provision of 28 U.S.C. § 1746.

1. I am a licensed, Board-Certified Family Medicine physician employed by U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), ICE Health Service Corps (IHSC). I currently serve as IHSC Deputy Medical Director (DMD) assigned to IHSC Headquarters and stationed in San Diego, California. I have held this position since December 1, 2021.

2. ICE is committed to ensuring that every person detained in its custody receives timely access to necessary and appropriate medical, dental, and mental health care and treatment while in custody. The health, safety, and welfare of those detained in its custody are among ICE's highest priorities.

3. As the DMD, I supervise three regional clinical directors (RCD), the chief advanced practice provider, the chief dentist, the chief psychiatrist, and the chief pharmacist. I also oversee credentialing and privileging of all licensed independent providers practicing at IHSC-staffed facilities and serve as the chair of the Medical Executive Committee. As the IHSC DMD, I provide