| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939) | ASEEM MEHTA (SBN 338020) |
| mcho@aclunc.org | aseemm@advancingjustice-alc.org |
| SEAN RIORDAN (SBN 255752) | JINGNI (JENNY) ZHAO (SBN 284684) |
| sriordan@aclunc.org | jennyz@advancingjustice-alc.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS |
| 39 Drumm Street | 55 Columbus Avenue |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: (415) 621-2493 | Telephone: (415) 896-1701 |
| Facsimile: (415) 255-8437 | Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE RUBEN HERNANDEZ GOMEZ; RAYMUNDO NOE DOMINGUEZ VIDAL; ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,<br><br>Defendants. | Case No. 3:23-cv-00829-TLT<br><br>**CERTIFICATE OF SERVICE**<br><br>**Judge Trina L. Thompson** |

1  BREE BERNWANGER (SBN 331731)
   bbernwanger@lccrsf.org
2  LEE ANN FELDER-HEIM (SBN 341429)
   lafelderheim@lccrsf.org
3  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY
4  AREA
5  131 Steuart Street, Suite 400
   San Francisco, CA 94105
6  Telephone: (415) 543-9444
   Facsimile: (415) 543-0296
7

ROXANA MOUSSAVIAN (SBN 329897)
roxana@pangealegal.org
ETAN NEWMAN (SBN 308728)
etan@pangealegal.org
PANGEA LEGAL SERVICES
391 Sutter Street, Suite 500
San Francisco, CA 94108
Telephone: (415) 579-4662
Facsimile: (415) 593-5335

8  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclusocal.org
9  MAYRA B. JOACHÍN (SBN 306065)
   mjoachin@aclusocal.org
10 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SOUTHERN
11 CALIFORNIA
12 1313 W. 8th Street, Suite 200
   Los Angeles, CA 90017
13 Telephone: (213) 977-9500
   Facsimile: (213) 915-0220
14

HONG-AN N. TRAN (SBN 267685)
atran@jenner.com
MEI H. LIU (SBN 318112)
mei.liu@jenner.com
MAURA E. SMYLES (DC BN 90006775)*
msmyles@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

15
16 *Attorneys for Plaintiffs*
   *Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of California that, on the date given below, (he/she) caused to be served a copy of Judge Thompson's Standing Order and the Standing Order for All Judges of the Northern District of California upon the following person(s) via First Class U.S. mail, postage prepaid:

U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Tae Johnson
Acting Director of U.S. Immigration and Customs Enforcement
c/o U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Moises Becerra
Director of the San Francisco Field Office
U.S. Immigration and Customs Enforcement
630 Sansome Street
Room 590
San Francisco, CA 94111

DATED this 14th of March, 2023, at Oakland, California.

*/s/ Michelle (Minju) Cho*
Michelle (Minju) Y. Cho