| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939) | ASEEM MEHTA (SBN 338020) |
| mcho@aclunc.org | aseemm@advancingjustice-alc.org |
| SEAN RIORDAN (SBN 255752) | JINGNI (JENNY) ZHAO (SBN 284684) |
| sriordan@aclunc.org | jennyz@advancingjustice-alc.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS |
| 39 Drumm Street | 55 Columbus Avenue |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: (415) 621-2493 | Telephone: (415) 896-1701 |
| Facsimile: (415) 255-8437 | Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex, <br><br> Defendants. | Case No. 3:23-cv-00829-TLT <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION ORDERED BY THE COURT** |

| | |
|---|---|
| BREE BERNWANGER (SBN 331731) | ROXANA MOUSSAVIAN (SBN 329897) |
| bbernwanger@lccrsf.org | roxana@pangealegal.org |
| LEE ANN FELDER-HEIM (SBN 341429) | ETAN NEWMAN (SBN 308728) |
| lafelderheim@lccrsf.org | etan@pangealegal.org |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA | PANGEA LEGAL SERVICES |
| 131 Steuart Street, Suite 400 | 391 Sutter Street, Suite 500 |
| San Francisco, CA 94105 | San Francisco, CA 94108 |
| Telephone: (415) 543-9444 | Telephone: (415) 579-4662 |
| Facsimile: (415) 543-0296 | Facsimile: (415) 593-5335 |
| | |
| MICHAEL KAUFMAN (SBN 254575) | HONG-AN N. TRAN (SBN 267685) |
| mkaufman@aclusocal.org | atran@jenner.com |
| MAYRA B. JOACHÍN (SBN 306065) | MEI H. LIU (SBN 318112) |
| mjoachin@aclusocal.org | mei.liu@jenner.com |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA | MAURA E. SMYLES (DC BN 90006775)* |
| | msmyles@jenner.com |
| | JENNER & BLOCK LLP |
| 1313 W. 8th Street, Suite 200 | 455 Market Street, Suite 2100 |
| Los Angeles, CA 90017 | San Francisco, CA 94105 |
| Telephone: (213) 977-9500 | Telephone: (628) 267-6800 |
| Facsimile: (213) 915-0220 | Facsimile: (628) 267-6859 |

*Attorneys for Plaintiffs*
*Appearance *Pro Hac Vice*

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION ORDERED BY THE COURT

The Court ordered Plaintiffs' counsel "to disclose, under seal, the identities of those plaintiffs identified by initials and of the habeas petitioner forthwith." ECF 40.

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiffs respectfully submit this administrative motion to file under seal and accompanying proposed order, in order to provide the Court with the requested information under seal. Without such order, the electronic PACER system does not allow Plaintiffs to submit the requested information under seal.[1]

|  | Respectfully submitted, |
|---|---|
| Dated: March 15, 2023 | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS |
|  | /s/ *Aseem Mehta* <br> Aseem Mehta |
|  | *Attorneys for Petitioners-Plaintiffs* |

---

[1] The option for directly filing a "Document E-Filed Under Seal," states that, "This event is only to be used for e-filing Under Seal AFTER the Administrative Motion to File Under Seal has been GRANTED."