MICHELLE (MINJU) Y. CHO (SBN 321939)
mcho@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

ASEEM MEHTA (SBN 338020)
aseemm@advancingjustice-alc.org
JINGNI (JENNY) ZHAO (SBN 284684)
jennyz@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING
JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MILTON MENDEZ; GUILLERMO
MEDINA REYES; CRUZ LEANDRO
MARTINEZ LEIVA; R.H.M.; E.O.A.R.; and
all those similarly situated,

                              Plaintiffs,

         v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; TAE JOHNSON, Acting
Director of U.S. Immigration and Customs
Enforcement; MOISES BECERRA, Director of
the San Francisco Field Office of U.S.
Immigration and Customs Enforcement; THE
GEO GROUP, INC.; NORBAL VAZQUEZ,
Facility Administrator of Mesa Verde ICE
Processing Center; MINGA WOFFORD,
Facility Administrator of Golden State Annex,

                           Defendants.

Case No. 3:23-cv-00829-TLT

**[PROPOSED] ORDER
GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
INFORMATION ORDERED BY
THE COURT**

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
LEE ANN FELDER-HEIM (SBN 341429)
lafelderheim@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

ROXANA MOUSSAVIAN (SBN 329897)
roxana@pangealegal.org
ETAN NEWMAN (SBN 308728)
etan@pangealegal.org
PANGEA LEGAL SERVICES
391 Sutter Street, Suite 500
San Francisco, CA 94108
Telephone: (415) 579-4662
Facsimile: (415) 593-5335

MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
MAYRA B. JOACHÍN (SBN 306065)
mjoachin@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W. 8th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0220

HONG-AN N. TRAN (SBN 267685)
atran@jenner.com
MEI H. LIU (SBN 318112)
mei.liu@jenner.com
MAURA E. SMYLES (DC BN 90006775)*
msmyles@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

*Attorneys for Plaintiffs*
*Appearance *Pro Hac Vice*

## [PROPOSED] ORDER

The Court ordered Plaintiffs' counsel "to disclose, under seal, the identities of those plaintiffs identified by initials and of the habeas petitioner forthwith." ECF 40. Accordingly, Plaintiffs' Administrative Motion to File Under Seal the responsive information is **GRANTED**.

IT IS SO ORDERED

Dated this ___ day of March 2023

_____
United States District Judge Trina L. Thompson

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 3:23-CV-00829-TLT