## [~~PROPOSED~~] ORDER

The Court ordered Plaintiffs' counsel "to disclose, under seal, the identities of those plaintiffs identified by initials and of the habeas petitioner forthwith." ECF 40. Accordingly, Plaintiffs' Administrative Motion to File Under Seal the responsive information is **GRANTED**.

IT IS SO ORDERED

Dated this  15  day of March 2023

_____
United States District Judge Trina L. Thompson