| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939) | ASEEM MEHTA (SBN 338020) |
| mcho@aclunc.org | aseemm@advancingjustice-alc.org |
| SEAN RIORDAN (SBN 255752) | JINGNI (JENNY) ZHAO (SBN 284684) |
| sriordan@aclunc.org | jennyz@advancingjustice-alc.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS |
| 39 Drumm Street | 55 Columbus Avenue |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: (415) 621-2493 | Telephone: (415) 896-1701 |
| Facsimile: (415) 255-8437 | Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE RUBEN HERNANDEZ GOMEZ; RAYMUNDO NOE DOMINGUEZ VIDAL; ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,<br><br>        Defendants. | Case No. 3:23-cv-00829-TLT<br><br>**PROOF OF SERVICE**<br><br>**Judge Trina L. Thompson** |

| | |
|---|---|
| BREE BERNWANGER (SBN 331731) | ROXANA MOUSSAVIAN (SBN 329897) |
| bbernwanger@lccrsf.org | roxana@pangealegal.org |
| LEE ANN FELDER-HEIM (SBN 341429) | ETAN NEWMAN (SBN 308728) |
| lafelderheim@lccrsf.org | etan@pangealegal.org |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA | PANGEA LEGAL SERVICES |
| 131 Steuart Street, Suite 400 | 391 Sutter Street, Suite 500 |
| San Francisco, CA 94105 | San Francisco, CA 94108 |
| Telephone: (415) 543-9444 | Telephone: (415) 579-4662 |
| Facsimile: (415) 543-0296 | Facsimile: (415) 593-5335 |
| | |
| MICHAEL KAUFMAN (SBN 254575) | HONG-AN N. TRAN (SBN 267685) |
| mkaufman@aclusocal.org | atran@jenner.com |
| MAYRA B. JOACHÍN (SBN 306065) | MEI H. LIU (SBN 318112) |
| mjoachin@aclusocal.org | mei.liu@jenner.com |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA | MAURA E. SMYLES (DC BN 90006775)* |
| | msmyles@jenner.com |
| | JENNER & BLOCK LLP |
| 1313 W. 8th Street, Suite 200 | 455 Market Street, Suite 2100 |
| Los Angeles, CA 90017 | San Francisco, CA 94105 |
| Telephone: (213) 977-9500 | Telephone: (628) 267-6800 |
| Facsimile: (213) 915-0220 | Facsimile: (628) 267-6859 |

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

| Attorney or Party without Attorney:<br>MEI H. LIU (SBN 318112)<br>JENNER & BLOCK LLP<br>515 S Flower St Suite 3300<br>Los Angeles, CA 90071<br>　Telephone No: 213-239-5100<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION ||||
| *Plaintiff:* MILTON MENDEZ, et al.<br>*Defendant:* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. ||||
| **PROOF OF SERVICE** | Hearing Date:　Time:　Dept/Div: | Case Number:<br>3:23-cv-00829 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List

3. a. Party served:     NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE
   b. Person served:   Rebecca Fuller, Assistant

4. Address where the party was served:   425 Golden State Ave, Bakersfield, CA 93301

5. I served the party:
   a. **by substituted service.**   On: Wed, Mar 15 2023 at: 02:05 PM by leaving the copies with or in the presence of:
   Rebecca Fuller, Assistant

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) A declaration of mailing is attached.

6. **Person Who Served Papers:**
   a. Robert Hamilton (639, Kern County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** *for Service was:* $696.48

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                03/16/2023                        *R. Hamilton* (signature)
                                  (Date)                                  (Signature)



PROOF OF SERVICE

8537507
(5256470)

| Attorney or Party without Attorney:<br>MEI H. LIU (SBN 318112)<br>JENNER & BLOCK LLP<br>515 S Flower St Suite 3300<br>Los Angeles, CA 90071<br>Telephone No: 213-239-5100<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |
|---|

| Plaintiff: MILTON MENDEZ, et al. |
|---|
| Defendant: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-00829 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the See Attached List

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Mar 16, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE
   425 Golden State Ave, Bakersfield, CA 93301

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Mar 16, 2023 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $696.48

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/16/2023
(Date)

(Signature)



PROOF OF SERVICE  8537507
BY MAIL  (5256470)

**Attachment to Proof of Service**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
**MILTON MENDEZ, et al. v. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.**
Case Number: 3:23-cv-00829

**List of Documents Served**

1. FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF CLASS ACTION,
2. DECLARATION OF CRUZ LEANDRO MARTINEZ LEIVA IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
3. DECLARATION OF CRUZ LEANDRO MARTINEZ LEIVA IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
4. DECLARATION OF CRUZ LEANDRO MARTINEZ LEIVA IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
5. PLAINTIFFS' NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR SECOND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER CLASS ACTION,
6. DECLARATION OF RAYMUNDO NOE DOMINGUEZ VIDAL IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
7. DECLARATION OF GENNA BEIER IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
8. DECLARATION OF MICHELLE (MINJU) Y. CHO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER,
9. DECLARATION OF EVA UMEJIDO IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
10. DECLARATION OF R.H.M. IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
11. DECLARATION OF L. FELDERHEIM IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
12. DECLARATION OF LAURA JONES IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
13. DECLARATION OF ILYCE SHUGALL IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
14. DECLARATION OF KELSEY MORALES IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER,
15. STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE TRINA L. THOMPSON,
16. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA,
17. CLERK'S NOTICE - SETTING HEARING ON [31] MOTION FOR TEMPORARY RESTRAINING ORDER.,
18. [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE