BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Deputy Director
SARAH B. FABIAN
Senior Litigation Counsel
ANNA L. DICHTER
JAMES C. GRAULICH
MICHELLE M. RAMUS
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON MENDEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 3:23-cv-00829 <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION ORDERED BY THE COURT** |

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION ORDERED BY THE COURT

The Court ordered Defendants U.S. Immigration and Customs Enforcement ("ICE"); Tae D. Johnson, in his official capacity as Acting Director of ICE; and Moises Becerra, in his official capacity as Director of the San Francisco Field Office of ICE (collectively, "Defendants"), to "submit to the Court the medical records of the newly transferred detainee to Mesa Verde within 48 hours of this order." ECF No. 44.[1]

Pursuant to Civil L.R. 7-11 and 79-5, Defendants respectfully submit this administrative motion to file under seal and accompanying proposed order, to provide the Court with the requested information under seal. "[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Here, to overcome this presumption Defendants must meet the good cause standard because these records are not attached to a dispositive motion. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[a] "good cause" showing . . . will suffice to keep sealed records attached to non-dispositive motions").

The good cause standard is met here because the attached medical records contain sensitive and personally identifiable information about an individual. Courts have recognized individuals' interests in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Moreover, because of the volume of detailed information

---

[1] As explained in the attached filing, Defendants interpret this portion of the Court's order to require the filing of medical records related to Mr. Cruz Leandro Martinez Leiva, a named Plaintiff in this action.

provided in these documents, and the intricate nature of this information, Defendants cannot be sure which information, if disclosed, might cause stigma or embarrassment by disclosing sensitive medical information regarding the individual referenced in these documents. Therefore, Defendants seek to seal these documents in their entirety. *See Eugene S. v. Horizon Blue Cross Blue Shield of N.J.*, 663 F.3d 1124, 1136 (10th Cir. 2011) (granting motion to file under seal because "nearly every document in the volume at issue includes the name of, and/or personal and private medical information relating to, [Plaintiff-Appellant's] minor son."); *Webster Groves Sch. Dist. v. Pulitzer Pub. Co.*, 898 F.2d 1371, 1376-77 (8th Cir. 1990) (affirming decision to seal court records containing "testimony of psychologists and psychiatrists as to [child's] mental status" to prevent child from being "stigmatized and humiliated").

Dated: March 17, 2023

Respectfully submitted,
BRIAN BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Deputy Director

SARAH B. FABIAN
Senior Litigation Counsel

JAMES C. GRAULICH
MICHELLE M. RAMUS
Trial Attorneys

/s/Anna L. Dichter_____
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Tel: (202) 353-2405
Fax: (202) 305-7000
Email: Anna.L.Dichter@usdoj.gov

*Counsel for Defendants*