BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Deputy Director
SARAH B. FABIAN
Senior Litigation Counsel
ANNA L. DICHTER
JAMES C. GRAULICH
MICHELLE M. RAMUS
Trial Attorneys
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-2405; Fax: (202) 305-7000
Anna L. Dichter@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MILTON MENDEZ, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, *et al.*,<br><br>                    Defendants. | No. 3:23-cv-00829<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION ORDERED BY THE COURT** |

# [PROPOSED] ORDER

The Court ordered Defendants U.S. Immigration and Customs Enforcement ("ICE"); Tae D. Johnson, in his official capacity as Acting Director of ICE; and Moises Becerra, in his official capacity as Director of the San Francisco Field Office of ICE (collectively, "Defendants"), to "submit to the Court the medical records of the newly transferred detainee to Mesa Verde within 48 hours of this order." ECF No. 44. These requested medical records contain sensitive and personally identifiable information about an individual.

| Docket No./Public (Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 46 | Medical Records of newly transferred detainee | p. 1-247 | Medical Records of Cruz Leandro Martinez Leiva | |

Accordingly, Defendants' Administrative Motion to File Under Seal the responsive information is GRANTED.

IT IS SO ORDERED

Dated this __ of March 2023          _____
                                     United States District Judge Trina L. Thompson