| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939)<br>mcho@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437 | ASEEM MEHTA (SBN 338020)<br>aseemm@advancingjustice-alc.org<br>JINGNI (JENNY) ZHAO (SBN 284684)<br>jennyz@advancingjustice-alc.org<br>ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE RUBEN HERNANDEZ; RAYMUNDO NOE DOMINGUEZ VIDAL, ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; THE GEO GROUP, INC.; NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center; MINGA WOFFORD, Facility Administrator of Golden State Annex,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00829-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE GEO GROUP, INC., NORBAL VAZQUEZ, AND MINGA WOFFORD** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE GEO GROUP, INC., NORBAL VAZQUEZ, AND MINGA WOFFORD

CASE NO. 3:23-cv-00829-TLT

| | |
|---|---|
| BREE BERNWANGER (SBN 331731) | ROXANA MOUSSAVIAN (SBN 329897) |
| bbernwanger@lccrsf.org | roxana@pangealegal.org |
| LEE ANN FELDER-HEIM (SBN 341429) | ETAN NEWMAN (SBN 308728) |
| lafelderheim@lccrsf.org | etan@pangealegal.org |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA | PANGEA LEGAL SERVICES |
| 131 Steuart Street, Suite 400 | 391 Sutter Street, Suite 500 |
| San Francisco, CA 94105 | San Francisco, CA 94108 |
| Telephone: (415) 543-9444 | Telephone: (415) 579-4662 |
| Facsimile: (415) 543-0296 | Facsimile: (415) 593-5335 |
| | |
| MICHAEL KAUFMAN (SBN 254575) | HONG-AN N. TRAN (SBN 267685) |
| mkaufman@aclusocal.org | atran@jenner.com |
| MAYRA B. JOACHÍN (SBN 306065) | MEI H. LIU (SBN 318112) |
| mjoachin@aclusocal.org | mei.liu@jenner.com |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA | MAURA E. SMYLES (DC BN 90006775)* |
| | msmyles@jenner.com |
| 1313 W. 8th Street, Suite 200 | JENNER & BLOCK LLP |
| Los Angeles, CA 90017 | 455 Market Street, Suite 2100 |
| Telephone: (213) 977-9500 | San Francisco, CA 94105 |
| Facsimile: (213) 915-0220 | Telephone: (628) 267-6800 |
| | Facsimile: (628) 267-6859 |

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice of the voluntary dismissal without prejudice of Defendants THE GEO GROUP, INC., NORBAL VAZQUEZ, Facility Administrator of Mesa Verde ICE Processing Center, and MINGA WOFFORD, Facility Administrator of Golden State Annex, who have not served an answer or motion for summary judgment.

Dated: March 29, 2023

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

/s/ *Michelle (Minju) Y. Cho*
Michelle (Minju) Y. Cho

*Attorneys for Plaintiffs*

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE GEO GROUP, INC., NORBAL VAZQUEZ, AND MINGA WOFFORD
CASE NO. 3:23-cv-00829-TLT

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 29, 2023, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), counsel of record for the federal defendants have been served electronically through ECF. The GEO Group, Inc, Norbal Vazquez, and Minga Wofford will be served by personal service as follows:

Mesa Verde ICE Processing Center
Attn: Norbal Vazquez
425 Golden State Avenue
Bakersfield, CA 93301

Golden State Annex
Attn: Minga Wofford
611 Frontage Road
McFarland, CA 93250

GEO Authorized Agent
Attn: Ty Chandler
5901 W Century Blvd,
Los Angeles, CA 90045

/s/ *Michelle (Minju) Y. Cho*
Michelle (Minju) Y. Cho

*Attorneys for Plaintiffs*