| | |
|---|---|
| MICHELLE (MINJU) Y. CHO (SBN 321939)<br>mcho@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437 | ASEEM MEHTA (SBN 338020)<br>aseemm@advancingjustice-alc.org<br>JINGNI (JENNY) ZHAO (SBN 284684)<br>jennyz@advancingjustice-alc.org<br>ASIAN AMERICANS ADVANCING<br>JUSTICE – ASIAN LAW CAUCUS<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702 |

*Attorneys for Plaintiffs*
Additional Counsel Listed On Next Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON MENDEZ; GUILLERMO MEDINA REYES; CRUZ LEANDRO MARTINEZ LEIVA; R.H.M.; E.O.A.R.; PEDRO FIGUEROA-PADILLA; JOSE RUBEN HERNANDEZ; RAYMUNDO NOE DOMINGUEZ VIDAL, ROBERTO CARLOS FRANCO GUARDADO; and all those similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; MOISES BECERRA, Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement,<br><br>                    Defendants. | Case No. 3:23-cv-00829-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | BREE BERNWANGER (SBN 331731) | ROXANA MOUSSAVIAN (SBN 329897)
bbernwanger@lccrsf.org | roxana@pangealegal.org
2 | LEE ANN FELDER-HEIM (SBN 341429) | ETAN NEWMAN (SBN 308728)
lafelderheim@lccrsf.org | etan@pangealegal.org
3 | LAWYERS' COMMITTEE FOR CIVIL | PANGEA LEGAL SERVICES
RIGHTS OF THE SAN FRANCISCO BAY | 391 Sutter Street, Suite 500
4 | AREA | San Francisco, CA 94108
131 Steuart Street, Suite 400 | Telephone: (415) 579-4662
5 | San Francisco, CA 94105 | Facsimile: (415) 593-5335
Telephone: (415) 543-9444
6 | Facsimile: (415) 543-0296

7 | MICHAEL KAUFMAN (SBN 254575) | HONG-AN N. TRAN (SBN 267685)
mkaufman@aclusocal.org | atran@jenner.com
8 | MAYRA B. JOACHÍN (SBN 306065) | MEI H. LIU (SBN 318112)
mjoachin@aclusocal.org | mei.liu@jenner.com
9 | AMERICAN CIVIL LIBERTIES UNION | MAURA E. SMYLES (DC BN 90006775)*
FOUNDATION OF SOUTHERN | msmyles@jenner.com
10 | CALIFORNIA | JENNER & BLOCK LLP
1313 W. 8th Street, Suite 200 | 455 Market Street, Suite 2100
11 | Los Angeles, CA 90017 | San Francisco, CA 94105
Telephone: (213) 977-9500 | Telephone: (628) 267-6800
12 | Facsimile: (213) 915-0220 | Facsimile: (628) 267-6859

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice of the voluntary dismissal without prejudice of all their claims against the remaining Defendants, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TAE JOHNSON, and MOISES BECERRA, who have not served an answer or motion for summary judgment.

Dated: April 28, 2023

Respectfully submitted,

ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS

/s/ *Aseem Mehta*
Aseem Mehta

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 28, 2023, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), counsel of record for the Defendants have been served electronically through ECF.

<u>/s/ *Aseem Mehta*</u>
Aseem Mehta

*Attorneys for Plaintiffs*